1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12

13

14

15

16

17

| | |
|---|---|
| EUSEBIO R. GONZALEZ,<br><br><br>Plaintiff,<br><br>v.<br><br>S. PATRICK, et al. ,<br><br>Defendants. | C 13-05383 BLF (PR)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO CHANGE TIME TO FILE DISPOSITIVE MOTION<br><br>Judge:   The Honorable Beth Labson Freeman<br>Action Filed:  November 20, 2013 |

18

19

20

21

22

23

24

25

26

27

28

1

1    Defendant J. Cranshaw seeks a first extension of time to file a dispositive motion in this

2    case.  Having read and considered Defendant's motion to change time and the declaration of

3    Defendant's counsel supporting the motion, and for good cause appearing, Defendant's motion

4    for an extension of time is GRANTED.  Defendant may file a dispositive motion on or before

5    September 14, 2015.  Plaintiff's opposition shall be filed and served on or before October 12,

6    2015.  Defendants may file and serve a reply brief fourteen days after service of Plaintiff's

7    opposition.

8    **IT IS SO ORDERED.**

9

10   Dated: _____          _____

11                                             THE HONORABLE BETH L. FREEMAN
                                               UNITED STATES DISTRICT COURT JUDGE
12

13
     SF2015200154
14   20759354.doc

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                              2

---

[Proposed] Order Granting Def.'s Mot. to Change Time to File Disp. Mot.  (C 13-05383 BLF (PR))